**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILLIAM TRUJILLO, as Personal
Representative of THE ESTATE OF
DANIEL MATTHEW TRUJILLO, Deceased,

      Plaintiff,

v.                                                                                                  CV No. 21-1072 MV/CG

THE REINALT-THOMAS CORPORATION, et al.,

Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' *Joint and Stipulated Notice of Settlement and Motion to Vacate all Deadlines* (the "Notice") (Doc. 18), filed April 4, 2022. In the Notice, the parties state that "all matters between Plaintiff and Defendants have been resolved[,]" that they will submit "a Motion and Order of Dismissal to the Court as soon as possible[,]" and the parties request that the Court vacate all deadlines in this matter. *Id.* at 1.

**IT IS THEREFORE ORDERED** that:

1) The parties shall submit closing documents by no later than **May 5, 2022**;

2) The parties' request that the Court vacate all deadlines is **MOOT**, as there are currently no deadlines in this matter.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE